AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| CORBRUS, LLC, a Delaware limited liability company,<br><br>*Plaintiff(s)*<br>v.<br>8TH BRIDGE CAPITAL, INC., a California corporation; 8TH BRIDGE CAPITAL, LLC, a California limited liability company; YOUNG HUN KIM, an individual; (See Attachment #1)<br><br>*Defendant(s)* | Civil Action No. 19-CV-10182-CJC(AGRx) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   8TH BRIDGE CAPITAL, INC., a California corporation
2271 W Malvern Ave., Unit 167
Fullerton, CA 92833

(See Attachement #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Yasin M. Almadani (Cal. Bar No. 242798)
ALMADANI LAW
14742 Beach Blvd., Suite 410
La Mirada, California 90638
(213) 335-3935 | YMA@LawAlm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 19-CV-10182-CJC(AGRx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____              _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*

                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc:

Yasin M. Almadani (Cal. Bar No. 242798)
ALMADANI LAW
14742 Beach Blvd., Suite 410
La Mirada, California 90638
(213) 335-3935 | YMA@LawAlm.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CORBRUS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>8TH BRIDGE CAPITAL, INC., a California corporation; 8TH BRIDGE CAPITAL, LLC, a California limited liability company; YOUNG HUN KIM, an individual; OMNIA GROUP, LTD., a New York company; OMNIA PROPERTIES LLC, a New York limited liability company; DAVID PAZ, an individual; JEFFER MANGELS BUTLER & MITCHELL LLP, a California Limited Liability Partnership; CATHERINE DEBONO HOLMES, an individual; SETH JAMES PARDEE, an individual,<br><br>Defendants. | Case No. 2: 19-CV-10182-CJC(AGRx)<br><br>**FIRST AMENDED COMPLAINT**<br><br>1. **FRAUD & DECEIT (OPPRESSION AND MALICE)**<br>2. **FRAUDULENT CONCEALMENT; CONSTRUCTIVE FRAUD (OPPRESSION AND MALICE)**<br>3. **NEGLIGENT MISREPRESENTAION**<br>4. **BREACH OF FIDUCIARY DUTY**<br>5. **PROFESSIONAL NEGLIGENCE**<br>6. **BREACH OF CONTRACT**<br>7. **RICO**<br><br>**DEMAND FOR JURY TRIAL** |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LARRY SAXON v. ABC SALES INC., et al.
2:19-CV-10182-CBM(AGRx)

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

**8TH BRIDGE CAPITAL, INC.**, a California corporation;
2271 W Malvern Ave., Unit 167
Fullerton, CA 92833

**8TH BRIDGE CAPITAL, LLC**, a California limited liability company;
2271 W Malvern Ave., Unit 167
Fullerton, CA 92833

**YOUNG HUN KIM**, an individual;
8th Bridge Capital
2271 W Malvern Ave., Unit 167
Fullerton, CA 92833

**OMNIA GROUP, LTD.**, a New York company;
187 Chrystie Street
New York, NY 10002

**OMNIA PROPERTIES LLC**, a New York limited liability company;
187 Chrystie Street
New York, NY 10002

**DAVID PAZ**, an individual;
Omnia
187 Chrystie Street
New York, NY 10002

/ / /

**JEFFER MANGLES BUTLER & MITCHELL LLP**, a California Limited
Liability Partnership;
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

**CATHERINE DEBONO HOLMES**, an individual;
Jeffer Mangles Butler & Mitchell, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

**SETH JAMES PARDEE**, an individual
Coblentz Patch Duffy & Bass LLP
1 Montgomery St., Ste. 3000
San Francisco, CA 94104