JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CORBRUS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>8TH BRIDGE CAPITAL, INC., a California corporation; et al.,<br><br>Defendants, | Case No. 2:19-CV-10182-CAS (AFMx)<br><br>**JUDGMENT**<br><br>HON. CHRISTINA A. SNYDER<br>United States District Judge<br><br>Action Filed:  November 30, 2019<br><br>Date of Verdict:  July 5, 2022 |

This matter having come before the Court for a jury trial on June 21, 2022 through July 5, 2022, and the jury's verdict having been rendered on the jury trial (Docket Entry No. 328) wherein the jury found that Plaintiff Corbrus, LLC prevailed on each of its claims against Defendants David Paz, Omnia Group, Ltd., and Omnia Properties, LLC for breach of contract, breach of the implied covenant of good faith and fair dealing, fraud by false promise, fraudulent concealment, and unjust enrichment, and wherein the jury found that, in connection with the claims for fraud by false promise and fraudulent concealment, Defendants David Paz, Omnia Group, Ltd., and Omnia Properties engaged in conduct with malice, oppression, or fraud that was proven by clear and convincing evidence,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff Corbrus, LLC and against Defendants David Paz, Omnia

Group, Ltd., and Omnia Properties, LLC, in the total amount of $3,761,876, which consists of compensatory damages of $2,388,586, prejudgment interest accrued as of the date of this Judgment in the amount of $713,556, punitive damages in the amount of $1,000,000, and an offset credit in the amount of $340,266.  In addition, Plaintiff Corbrus, LLC shall also be entitled to the recovery of post-judgment interest at the rate of 10 percent per annum, which shall accrue on the total amount above from the date of entry of this Judgment until paid in full.

DATED:  September 14, 2022

*Christina A. Snyder*

**HON. CHRISTINA A. SNYDER**
**UNITED STATES DISTRICT JUDGE**